```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                    NORTHERN DIVISION
                       AT ASHLAND
```

CIVIL ACTION NO. 2014-81 (WOB-CJS)

ERICA PAIGE GALLION                                          PLAINTIFF

VS.                              <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #13), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. #11) is **denied**; and that defendant's motion for summary judgment (Doc. #12) is **granted**.  A separate Judgment shall enter concurrently herewith.

This 19th day of May, 2015.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge